No. 424. CHASE NATIONAL BANK, TRUSTEE, v. INDIANAPOLIS GAS CO. ET AL. October 28, 1940. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. William H. Thompson, Edward H. Knight, Perry O'Neal,* and *Patrick J. Smith* for petitioners in Nos. 421 and 422 and respondents in Nos. 423 and 424. *Messrs. Howard F. Burns, William L. Taylor,* and *Harvey J. Elam* for the Chase National Bank. *Messrs. Paul Y. Davis* and *William G. Sparks* for Citizens Gas Co., and *Messrs. Louis B. Ewbank* and *William R. Higgins* for Indianapolis Gas Co., respondents in Nos. 423 and 424. Reported below: 113 F. 2d 217.

No. 425. METROPOLITAN CASUALTY INSURANCE CO. v. STEVENS. October 28, 1940. Petition for writ of certiorari to the Supreme Court of Michigan granted. *Mr. Alan W. Boyd* for petitioner. *Messrs. Archibald Broomfield* and *Lloyd T. Crane* for respondent.

No. 264. HELVERING, COMMISSIONER OF INTERNAL REVENUE, v. PAN-AMERICAN LIFE INSURANCE CO. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Biddle* for petitioner. *Messrs. Eugene J. McGivney* and *William Marshall Bullitt* for respondent.

No. 413. CONTINENTAL OIL CO. v. NATIONAL LABOR RELATIONS BOARD. October 28, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted, limited to the first and second questions presented by the petition. *Messrs. James J. Cosgrove,*